IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | 16-CR-6044W |
| -vs- | INFORMATION<br>(Felony) |
| JEFFREY C. LEATHERSICH, | Violations:<br>Title 21, United States<br>Code, Section 841(a)(1) |
| Defendant. | (2 Counts) |

## COUNT 1

**The United States Attorney Charges That:**

Between in or about October 2013 and in or about December 2015, in the Western District of New York, the defendant, **JEFFREY C. LEATHERSICH,** did knowingly, intentionally, and unlawfully distribute and dispense quantities of oxycodone, a Schedule II controlled substance, to Patient A, a person known to the United States Attorney, other than for a legitimate medical purpose and not in the usual course of professional practice.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 2

**The United States Attorney Further Charges That:**

Between in or about July 2015 and in or about March 2016, in the Western District of New York, the defendant, **JEFFREY C. LEATHERSICH,** did knowingly, intentionally, and unlawfully distribute and dispense quantities of oxycodone, a Schedule II controlled

[FILED MAY 19 2016 — MARY C. LOEWENGUTH, CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF NY]

substance, to Patient B, a person known to the United States Attorney, other than for a legitimate medical purpose and not in the usual course of professional practice.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

DATED: Rochester, New York, May 19, 2016.

WILLIAM J. HOCHUL, Jr.
United States Attorney

By: _/s/ Frank H. Sherman_
FRANK H. SHERMAN
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Room 500
Rochester, New York   14614
(585) 399-3934
Frank.Sherman@usdoj.gov