# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 16-CR-6044-EAW |
| ) | |
| JEFFREY C. LEATHERSICH ) | |
| *Defendant* ) | |

*FILED MAY 19 2016 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/19/2016

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

PAUL A. GUERRIERI, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

HON. ELIZABETH A. WOLFORD, U.S. District Judge
*Judge's printed name and title*