UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

     v.

JEFFREY C. LEATHERSICH,

     Defendant.

**SENTENCING GUIDELINE ORDER**

Case No.16-CR-6044 EAW

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Frank Sherman |
| DEFENSE ATTORNEY | Paul Guerrieri |
| INTERPRETER (YES OR NO) | No |
| DATE OF PLEA | June 3, 2016 |
| SENTENCING DATE | September 22, 2016 at 2:00 p.m. |
| INITIAL PSR DUE | August 18, 2016 |
| | (35 DAYS PRIOR TO SENTENCING) |

OBJECTIONS (IF ANY), AND
MOTIONS (IF ANY) DUE
**(IF THERE ARE NO OBJECTIONS,
COUNSEL ARE DIRECTED TO
FILE A STATEMENT INDICATING
THIS)**

     September 1, 2016
(14 DAYS AFTER RECEIPT OF THE PSR)

RESPONSES TO ANY OBJECTIONS
OR MOTIONS DUE

     September 8, 2016
(14 DAYS PRIOR TO SENTENCING)

- 1 -

5K.1 APPLICATION, IF ANY, DUE      _____September 12, 2016_____
                                                       (10 DAYS PRIOR TO SENTENCING)

LETTERS OR SIMILAR
SUBMISSIONS DUE                  _____September 12, 2016_____
                                                       (10 DAYS PRIOR TO SENTENCING)

FINAL PSR DUE                      _____September 15, 2016_____
                                                    (7 DAYS PRIOR TO SENTENCING)

*The deadlines set forth above are based on the sentencing date originally set by the Court. If the Court grants an adjournment of the sentencing date, the parties are obligated to calculate the new deadlines for submission based on any adjourned sentencing date. In other words, whatever the sentencing date, the general time requirements set forth above apply.*

### **SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.**

NOTE: MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS
             PRIOR TO ANY DEADLINE.

SO ORDERED.

Dated: Rochester, New York
       June 7, 2016

_____
Elizabeth A. Wolford
United States District Judge