IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

JEFFREY C. LEATHERSICH,

        Defendant.

16-CR-6044

## DEFENDANT'S PRE-SENTENCE MEMORANDUM

Defendant Jeffrey C. Leathersich, through counsel, submits this memorandum to assist the Court in its sentencing responsibility pursuant to 18 U.S.C. §3553(a). Mr. Leathersich does not dispute the calculation set forth in the PSR. However, Defendant respectfully asserts that given the nature and circumstances of Mr. Leathersich's offense, this court should depart from the Guidelines and impose a non-incarceration sentence. Such a sentence would be sufficient but not greater than necessary to comply with the goals of sentencing set forth in 18 U.S.C. § 3553(a).

Jeffrey Leathersich is a fifty-one year old father of three children: a twenty-three year old boy, an eleven year old boy, and an eight year old daughter. Jeffrey resides in Lima, New York, where he shares custody of the two younger children with Maureen Leathersich, from whom he is legally separated. Jeffrey's oldest son Timothy began living with Jeffrey and his wife when he was twelve years old, and was formally adopted at age fifteen. Timothy's biological mother is disabled and resides in an assisted living facility. Mr. Leathersich also provides Timothy's biological mother with financial assistance. Jeffrey and Maureen have participated as foster parents for a period of ten years, have fostered ten children, and adopted three of who were

considered "at-risk" children. Jeffrey is an active parent who plays a crucial role in the lives of all of his children.

Jeffrey has a longstanding history of giving back to his community and helping those in need. Prior to this offense he was hardworking, deeply involved in his community and his church, a successful business owner, and a devoted son. He is still an active member of his church and has done extensive International Humanitarian Aid work. For instance, he was a member of the Haiti Earthquake Disaster Relief Team. He has also traveled to India, West Africa, Belize, Fiji, Mexico and Brazil where he assisted in building a church, an orphanage, as well as medical aid for those in third world countries. Jeffrey also started the International Community Health Program at the Elim Bible Institute and ran it for five years. He has volunteered as a paramedic with the Gates, Spencerport, and Lima Ambulance Services. He was also a Cub Scout leader and is currently a Boy Scout Leader with his eleven-year-old son, David.

Jeffrey has obtained his Bachelor's degree and was licensed as a Physician's Assistant. That said, he has worked hard, and has been his family's primary breadwinner. He does not drink or use illegal drugs. He has no criminal history. All things considered, Mr. Leathersich is a clean-living, hardworking family man, which makes this a truly unusual case.

Mr. Leathersich grew up in an environment full of profound physical abuse. His father would subject both himself and his mother to mistreatment that would affect him throughout his adult life.

As the Court is aware, Mr. Leathersich was previously employed through New Genesis Medical Spa for approximately ten years. In or around October 2013, Jeffrey developed a romantic relationship with Patient A. Shortly thereafter, Mr. Leathersich began prescribing oxycodone to Patient A, while maintaining the romantic connection. The initial dosage units and

strength started small and gradually increased over the course of two years. The same goes for Patient B, whom Mr. Leathersich met in July of 2015. During this time, Jeffrey's emotional and physical involvement with Patients A and B began to cloud his medical judgment and objective perspective. As time progressed, Patients A and B requested more pills and higher doses, and Jeffrey became increasingly out of touch with reality regarding their medication needs. Because Jeffrey was infatuated with these two men, he was willing to believe almost anything in order to keep the romantic relationships alive and well.

Jeffrey has spent his entire life struggling with his sexuality and trying to live as a heterosexual man, under the faith in which he was raised. He was taught from a very young age that homosexuality is a sin, which put an enormous amount of emotional stress on him. Mr. Leathersich went as far as partaking in "conversion therapy" for almost five years. During the course of his romantic encounters with Patient A and Patient B, Jeffrey was in the middle of getting divorced from his wife, Maureen. He found himself longing for an intimate relationship, and ultimately the romantic connection he had with these two men fulfilled his desire. He showered them with money, gifts, and affection.

Mr. Leathersich has sought psychiatric help in the past for depression, suicidal thoughts, poor decision making, and impulse control. He also struggled with high-risk behavior—both sexually and financially. He was ultimately diagnosed with bipolar disorder by two separate psychiatrists.

The purpose here is not to attack Mr. Leathersich's legal culpability. Rather, the purpose is to highlight the unusual facts and circumstances in this case. Mr. Leathersich is no drug dealer, nor user for that matter. He is no hardened criminal, nor is he some recalcitrant scofflaw.

He made a decision agreeing to write prescriptions for Patient A and Patient B. He promptly and forthrightly accepted responsibility and has assisted the Government to the best of his ability.

In connection with the factors listed in 18 U.S.C. §3553(a), Mr. Leathersich refers the Court to the specific language of §3553(a):

> The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection (emphasis added).
> Those purposes are:
> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
> (B) to afford adequate deterrence to criminal conduct;
> (C) to protect the public from further crimes of the defendant; and
> (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. §3553(a)(2).

Taking into consideration the factors set forth in § 3553(a)(2), it is respectfully submitted that a non-incarceration sentence will adequately reflect the seriousness of Mr. Leathersich's offense and provide just punishment therefor. Frankly, Mr. Leathersich well learned his lesson the moment he first encountered the DEA Agents in early 2016. Furthermore, it is respectfully submitted that a non-incarceration sentence will do more than enough to promote respect for the law, both on Mr. Leathersich's part, and on the general public's part. To incarcerate Mr. Leathersich—a hardworking family man with no criminal past, who unwittingly ran afoul of our federal drug laws—would only further calcify the public's cynicism toward the law and mistrust of our criminal justice system: the very opposite of promoting respect for the law.

As to deterrence and the need to protect the public: whatever deterrence Mr. Leathersich might need to avoid future criminal conduct, he has had many times over. He poses virtually no risk of future criminal activity. Likewise, anyone similarly situated to Mr. Leathersich, would be

deterred from criminal conduct the moment they are placed under arrest. For the average person with no criminal history, with a full-time job and a family at home, the stress, fear, and public humiliation of being criminally charged, let alone convicted, is more than enough to dissuade future criminal activity.

Since the incident, Jeffrey has been successfully engaging in treatment. If he were incarcerated, his treatment regimen would be interrupted and all of the progress he has made so far would be put in jeopardy.

Lastly, Mr. Leathersich's family should be taken into consideration. He shares custody of his children with Maureen Leathersich and financially supports his oldest son's biological mother. He is the primary breadwinner in the family. If he is incarcerated, his family will suffer dearly.

Finally, we direct the Court's attention to the attached letters from members of the community, as well as Jeffrey's friends and family who support him fully. Based on the foregoing, it is respectfully submitted that a non-incarceration sentence is sufficient but not greater than necessary to comply with the goals of sentencing set forth in 18 U.S.C. § 3553(a).


DATED:      October 24, 2016
            Rochester, New York                 BY:

                                                Paul Guerrieri, Esq.
                                                Attorney for Defendant
                                                1 East Main St
                                                10th Floor
                                                Rochester, NY 14614
                                                (585) 232-6674
                                                paul@paulglaw.com

# LIFEWAY CONSULTING, LLC

**3724 Chili Avenue**
**Rochester, New York 14624**

**Office: (585) 242-0242**
**Cellular: (585) 750-7777**
**Email: phillepore@aol.com**

September 5, 2016

Paul Guerrieri, Esq.
One East Main Street, 10th Floor
Rochester, NY 14614

**Re: Character Reference for Jeffrey C. Leathersich**

Dear Mr. Guerrieri,

I have known Mr. Leathersich for approximately 30 years. I served as a business administrator with Mr. Leathersich at the medical practice, New Genesis. I also know Mr. Leathersich's family and children. There are two qualities about Jeffrey that I have admired. First, he has always been generous with his time and resources. Second, I am aware that Jeff suffered some trauma in his childhood, and as an adult when facing difficulties in his personal life, he is always willing to work honestly and pursue help whole heartedly.

Mr. Leathersich has always been committed to community service which is why I believe he was drawn to become a Physician's Assistant. I personally know that he has volunteered many hours to foreign and national relief efforts where he was able to use his medical training to assist others. He also served as a paramedic in Lima, NY to help his local community.

I know that even through difficult circumstances, Jeff Leathersich has been a committed father to his 3 adopted children. I know that when he adopted them they were considered "at risk" children, and Jeff has always taken great care to ensure that they received his time, attention, and a good education. My hope is that Jeff come through this difficult circumstance for his betterment and the health and well-being of his children.

Regards,

Philip Lepore, Managing Member
Lifeway Consulting, LLC

# Rudolph J. LePore

**151 Gorsline Street**
**Rochester, New York 14613**

**Cellular: (585) 285-0227**

September 5, 2016

Paul Guerrieri, Esq.
One East Main Street, 10th Floor
Rochester, NY 14614

**Re: Character Reference for Jeffrey C. Leathersich**

Dear Mr. Guerrieri,

    I represented Jeffery Leathersich as his attorney for matters such as creating a Will and Trust for his family. Approximately 10 years ago, Mr. Leathersich asked me to assist him with a "Power of Attorney" so he could care for a disabled elderly woman. The woman's name is Rosanne, who is the biological mother of one of Jeffrey's adopted children. When she became disabled, she was not able to properly care or her teenage son, Timothy. Jeffrey adopted Timothy at the age of 13 and provided a home, private education, and I learned that he just graduated from college this year.

    Rosanne is currently in an assisted living facility that Jeffrey is supplementing her rent in the amount of $5,000 to $6,000 per year. He has also practically cared for her over the past decade. This type of behavior is an example of Mr. Leathersich's generosity and community concern.

Yours truly,

Rudolph LePore



# COMMITTEE FOR PHYSICIAN HEALTH

*a division of the Medical Society of the State of New York*

99 Washington Avenue, Suite 410, Albany, NY 12210-2856
Main: (518) 436-4723 Fax: (518) 436-7943 Instate: (800) 338-1833
www.cphny.org

*Terrance M. Bedient, FACHE*
*Vice President & Director*
*Terry@cphny.org*

September 19, 2016

Honorable Elizabeth Wolford
US District Court
100 State St.
Rochester, NY 14614

Re: Jeffrey Leathersich, PA

Dear Judge Wolford:

This letter is written on behalf of Jeffrey Leathersich a participant in the Committee for Physician Health (CPH) program since July 26, 2016. At that time, Mr. Leathersich signed a five year agreement with CPH.

Mr. Leathersich's monitoring regime consists of ongoing therapy, and forensic toxicology screening (the urine screens are observed and random) and monthly contacts with this CPH assistant director.

At this point in time, Mr. Leathersich has done everything CPH has asked of him and we are gladly advocating on his behalf.

Sincerely,

Nicole Langlais, MA
Assistant Director
Committee for Physician Health
nicole@cphny.org
518-694-0004

NL:jw



September 28, 2016

Ms. Xochitl Morales, US Probation Officer
US District Court Western District
Federal Building Room 1200
100 State Street
Rochester, NY 14614
VIA FASCIMILE 585-263-5766

Re: Jeffrey Leathersich, DOB 9-25-1965

Dear Ms. Morales:

This letter is to verify the evaluation and engagement in treatment of Mr. Leathersich with Westfall Associates, a NYS licensed outpatient clinic for the treatment of substance use disorders and co-occurring mental health conditions. The evaluation process included clinical interviews, assessment questionnaires, toxicology screening and consultation with other clinicians who have worked with him. He meets criteria for opioid use disorder severe, and level of care determination indicated he is currently appropriate for outpatient treatment. Given his trauma and mental health history, it is vital that he is also continuing in mental health services. The trauma history is considerable, and an important background factor for both his substance use and mental health conditions. It is my understanding that you will receive independent updates from his mental health care provider.

Mr. Leathersich has been advised to remain abstinent from all substances not prescribed by licensed health care providers and to remain abstinent from alcohol. We regard his reports of doing so to be credible and this is consistent with the toxicology reports we have received to date. He has voluntarily agreed to random call in screening 4 times a month beginning on 8-25-2016. This is part of his engagement with the services of the NYS Medical Society Committee on Physician's Health (CPH). He has been forthright in all our sessions and is engaged positively in the treatment process. We have delayed engagement in group treatment programming due to not yet knowing the outcome of sentencing, as we did not want to have started groups and then interrupt the process partway through. We are meeting on a weekly basis for individual therapy. He has given consent so we can coordinate services with other providers he is working with.

Please contact me at 585-473-1500x240 if you have questions or need additional information.

Sincerely,

*Richard Briggs*

Richard C. Briggs, MA, CASAC, LMHC
Clinical Director and Primary Therapist

C: Paul Guerrieri, Esq. Attorney ✓
   Jeffrey Leathersich



Honorable Elizabeth Wolford
US District Court
100 State Street
Rochester, New York 14614

September 12th, 2016

Honorable Elizabeth Wolford,

I'm thankful for the opportunity to give a testimony on behalf of Jeff Leathersich. I've known Jeff for years. He oversaw a program at the school I lead that trained third world health workers for work in developing countries. These workers did much good for those hurting most in our world. He also founded and ran a student Health Service Office for the students at our school, and volunteered to be on call 24 hours a day for 14 years.

I've also known Jeff on a personal basis; not simply as a volunteer or employee. I've found him to be generous with both his time and his money. He personally has been caring to my family by going out of his way to provide health care for us, and others, without a thought of charging for his services.

It is my sincere hope that a man of this caliber could be offered community service. He has so much to give in service of others, it would be a real loss for him to simply be confined. Thanks for taking a moment to hear my personal appeal for Jeff.

Sincerely,

Michael P. Cavanaugh
President Elim Bible Institute and College
Vice-President Elim Fellowship

Peter Bonadonna
9 Ruth Ellen Way
Rochester, NY 14624


September 13, 2016


To Whom It May Concern


I have known Jeff Leathersich for more than 25 years. In one form or another, Jeff has been involved in Emergency Medical Services (EMS) in Monroe and Livingston Counties. I have been a Chief Paramedic and Paramedic Educator in the community where Jeff has served. I have always observed that Jeff was a compassionate, caring and competent individual. Since the age of 18, Jeff has volunteered in Spencerport, Gates and Lima. He has cared for large numbers of patients often as a volunteer. I have also sent several students to his weight loss clinic. His medical knowledge and ability literally saved their lives. Despite his recent lapses in judgement, I can assure you that he never intended to harm anyone. He has spent his entire life learning about medicine so that he could help people. While I clearly understand the seriousness of his error, as he does, this man has performed so much good in this community that I would hope you will also take this into consideration.


Regards,

Peter Bonadonna, EMT-P, CIC
(585) 721-8656

September 12, 2016

Janell Cole Leathersich
118 West Avenue
Spencerport, New York 14559

Hon. Elizabeth A. Wolford
United States District
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

**Re: Jeffrey Leathersich**

Dear Judge Wolford,

I am writing to you regarding my brother, Jeffrey Leathersich, hoping to share with you about the man he is from the perspective of a sister who has known him and watched his life for longer than anyone except our parents. My brother Jeffrey is the eldest son of four children and was always the one to defend whoever was under fire from our mentally ill and abusive father. Jeff was always, even from his youngest age, getting in between my father and mother during fights – taking the beating that was meant for someone else. He was the one you could count on to try to calm the storm and if that couldn't happen he would step in as the protector. This role took a toll on my brother and he tried on numerous occasions to run away. I remember watching in horror the beatings he received each time he was brought home until he ultimately saw no way out but to try to kill himself. He first overdosed on antidepressants at age 15 and spent time in the hospital.

Jeff moved out shortly after and supported himself living in a boarding house above Doris's coffee shop in Spencerport from age 15 to 17, he supported himself by working at Bell's grocery store, also in Spencerport. During this time, he diligently worked to complete his high school education. From age 17 to 21, he lived in an apartment he shared with some other young men while working at Park Ridge Hospital as an emergency room technician at a young age. While many people would have turned to drugs and alcohol, Jeff drove deeper into trying to help others through volunteering at Spencerport and Gates ambulances. All of this took place while he was completing high school and fully supporting himself. Jeff has always had a calm demeanor in crisis and was a natural in the emergency room. At the age of 18, the earliest allowed, Jeff pursued and received his EMT certification and then his Paramedic certification volunteering at the Spencerport, Gates, and Lima ambulances. People have always come to Jeff for help and he would always willingly give his time, expertise, counsel, or money to help anyone in need. We have spent countless holiday meals with strangers at our table because Jeff knew that they had nowhere else to go and had invited them to join us. He treats people with love and respect and would tell them the truth about how to change their circumstances but never in a judgmental way. That is likely why so many have sought his counsel and help through the years.

He is the most generous person I know and gives freely to anyone in need. His generosity and genuine caring for others has been felt around the world as Jeff has served on many humanitarian trips to countries including Zaire, India, Fiji, Belize, Mexico, and was often part of the leadership on these teams. Most recently, Jeff jumped at the chance to help in Haiti when the devastating earthquake struck. After years of supporting himself from the age of 15 through work in the Emergency Room and as an EMT, Jeff decided to pursue his love of medicine by earning his Physician Assistant degree at Stony Brook University on Long Island. He has specialized in Emergency Medicine, Critical Care Medicine as well as surgery, all the while continuing to volunteer as a paramedic.

The true love of Jeff's life is his three children that he adopted after years of foster parenting over 10 young people. His children include Timmy, age 23, who he adopted as a young teen; David his 10 year old son and Genesis his 8 year old daughter were both adopted as 1 year old children. Jeff was devastated by his wife's decision to seek divorce but that has not stopped him from devoting his whole life to his children. He is an incredible, loving father who has volunteered as Cub Scout Leader and is currently a Boy Scout Leader as his son David is in scouts. He strives to make the time with all his children as special and memorable as possible. His children, who are already at risk for attachment disorder because they were fostered, would suffer terribly at the loss of their constantly supportive and loving father.

I respectfully ask you, Your Honor, to consider all of who my brother is to all those he has helped through so many years and to his beloved family. He has overcome SO much physical, emotional, and mental abuse and turned it too good to help those around him. Perhaps it is the incredible pain that Jeff has experienced personally that makes it so difficult to see others in pain. Jeff has always put the needs of others ahead of his own and there are so very many people whose lives have been helped because of his love, selflessness, and generosity. Thank you for your time and consideration.

Respectfully,


Janelle Cole Leathersich

 # Lima Troop 29

To Whom It May Concern,

This letter is meant to serve as a reference for Jeff Leathersich. I am the Committee Chair for BSA Lima Troop 29.

I first met Jeff and his son David about a year ago as Jeff's Cub Scout Webelos Den was preparing for the transition to Boy Scouts. Upon joining the Troop Jeff volunteered to be an Assistant Scoutmaster, which was appreciated as we always need dedicated adult leaders for Troop events. Jeff and his son have regularly attended Troop meetings and have been active in campouts and other Troop activities. Jeff has served as an adult leader at campouts and for a week at 2016 summer camp.

I believe it would be beneficial to the Troop to have Jeff continue as an Assistant Scoutmaster as he and his son have shown a commitment to Scouting and we would welcome their continued participation.

Sincerely,

Mark C. Gooding

Lima Troop 29 Committee Chair

The Honorable Elizabeth Wolford                          September 12, 2016

US District Court

100 State Street

Rochester, New York 14614

Your Honor,

Please accept this letter of reference for Jeff Leathersich. My name is Stacy Cline. I have served as the Dean of Students at Elim Bible Institute and College for over 30 years and I have known Jeff for almost that entire period.

Jeff was responsible for setting up our health office on campus in the early 1990's. Jeff deeply cared for each student that came into the health office, and with his staff always provided care at the highest level of excellence. His diagnostic skills were amazingly accurate not only in the area of physical problems, but also extremely precise in connection with mental health issues. Because I was involved with the student body pastorally and socially, I know that Jeff saved us many times from a situation that would have become very serious if the student had not been treated and then referred to health care professionals.

Prior to establishing our campus health office I had hired Jeff on my staff as the Assistant Dean of Students. This is a position that I created for Jeff based on his counseling gifts, and I have never filled the position again after Jeff's departure. During his tenure as my assistant Jeff counseled dozens of students with assorted personal problems with high success. In reality, he was one of the most sought out leaders on our campus. During this time period he mentored many man in the areas of personal problems and coping skills.

Jeff has always had a heart to help people, and make a positive impact in personal lives. Many times the assistance that he gave came at odd hours of the evening and night. He never put a person off, or neglected a crisis situation because it was in the middle of the night. Jeff's compassion extended beyond our campus and into the Lima community. Jeff volunteered for the local ambulance service and was involved as a committed first responder for a number of years. The practice that he founded in Pittsford at New Genesis has been a great help to many people. I personally was able to lose over 85 pounds, and have kept the weight off for over two years. The caring staff at New Genesis have all been mentored and trained by Jeff.

Please feel free to contact me personally for any further questions or references. My personal cell phone is {585} 797-3646.

Respectfully submitted,

Stacy Cline      *Stacy Cline*

September 14, 2016


Honorable Elizabeth Wolford
US District Court
100 State Street
Rochester, New York 14614

Re; Jeffery Leathersich.

Dear Judge Wolford,

I have known Jeff for over 15 years. We originally met at Elim Bible Institute, where we were both students and roommates. As a student, Jeff unselfishly gave of his time and talents to mentor other young men. Jeff invested much of his time to help others walk in truth and wholeness. Jeff is caring and compassionate and many others can't be around him for long without realizing this.

The leadership of Elim also saw the life changing impact Jeff had on others as they brought him on staff. Jeff also ran the health center that was on campus. Many times over the years, Jeff was called at all hours of the day and night to those in physical need or so other form of crisis and Jeff, as usual self, was there to serve and to be a blessing. At one point, I served as The Assistant Dean of Men at Elim, which meant Jeff and I worked together many times, helping and assisting young men overcome their life controlling issues. Again and again, I witnessed Jeff give of himself and unselfishly serve others when it was at his own expense. Generous is an understatement when it comes to describing Jeff.

The depth of my friendship with Jeff was not just professional but also personal. We both were in each other's wedding party and our wives and children were also friends with one another.

I have always known Jeff to be a man of character and principle. Often, Jeff made sacrifices to give to others in need and also made decisions because it was the right thing to do and not necessary because it was the easy. Jeff has always been a hard worker and provider but still gave of his time and resources to others in need and various ministries.

In the narcissistic world we live in, Jeff is just the opposite. He is a giver and not a taker. He is a dispenser and not a receptacle. Jeff, like all of us, is not perfect but learns from his mistakes. He knows that there is a God in heaven that one day he will have to give an account to. This is one of the reasons why I believe Jeff lives the life he does, because as he has freely received, Jeff freely gives.

Respectfully,



Randall Down
408 Conaway Court
Waxhaw, NC 28173

# SCHOOL OF REVIVAL
## CATCH THE FIRE

Greetings,

Honorable Elizabeth Wolford
US District Court
100 State Street
Rochester, New York 14614

My name is Aaron Mitchell and I am writing this letter with the intent to provide a witness to the person and character of Jeffrey Leathersich.

I am also going to provide a brief bio of myself in order for you understand who I am. I am a retired veteran of 14 years from the Army National Guard. I graduated from Elim Bible Institute (EBI) in 2003 and Regent University, School of Divinity in 2008. I am the CEO of a small business called Colorpro in Raleigh, NC for the last 10 years. I am one of the founding pastors of Catch the Fire Raleigh. We started this church plant with 12 individuals in 2008 and have grown the church to over 500 individuals. I am also the Director and main professor of School of Revival here in Durham, North Carolina which is connected to Catch the Fire Raleigh. Lastly I have been married 11 wonderful years with a 3 year old and 11 month old boy/girl twins.

I am here today because of individuals in my life like Jeffrey Leathersich. When we met at Elim Bible Institute I was an emotionally bottled up individual who was unaware and stuck. Jeff equipped me with life tools in order to get set free and be the individual I am today. I carry a part of him in me as I am now reaching men and women of all ages to get set free from the pain and turmoil by which they feel imprisoned. I was one of many. In fact there were about 10 of us my senior year at EBI who always joked with one another about how Jeff knows all of our problems. We all admired him because he was empathetic to our tragedies and sacrificial of his time both during office hours and outside of them. I am truly one of 100's of individuals who have been counseled by Jeffrey Leathersich and our lives will be forever changed for the better.

Lastly, please do not hesitate to contact me for additional information or witness. My personal cell phone number is 919-600-3121, my email is amitchell@catchthefire.com or ammctf@gmail.com.

Aaron Mitchell
Director of School of Revival | Senior Pastor of Catch the Fire Raleigh

## *Margot L. Fass M.D.*

www.mlfassmd.com
Psychiatry

527 Linden Street
Rochester, NY 14620
P: 585-256-1105
F: 585-256-1107

August 22, 2016
Honorable Elizabeth Wolford
US District Court
100 State Street
Rochester, New York 14614

Re: Jeffrey Leathersich

Dear Judge Wolford,

This letter is written on the behalf of my patient of 10 years, Jeffrey Leathersich, Physician's Assistant.

Specifically, I am requesting that, in keeping with the New York State concept of opiate addiction as a disease rather than as a crime, you consider turning Mr. Leathersich over to New York's Judicial Diversion program, without his having to plead guilty and losing his medical license. An adjudication in criminal court could preclude his getting necessary and ongoing medical care, including

- o Assistance from the Committee for Physicians Health and the Office of Professional Medical Conduct
- o Four medications for bipolar illness,
- o Neuro-electrical stimulatory treatments three times a week,
- o Caduceus (a 12 step based recovery for people in health care),
- o Weekly drug testing
- o Family therapy,

all essential for the welfare of himself, his wife, and their children.

The reason for my request is that experts agree that "New York State is very much ahead of the curve in treatment of addicts who are not otherwise engaged in criminal behavior" and offers "the kind of treatment that more substance abusers *should* get. Physicians in New York State have some of the best outcomes in the country...and New York City should be the model nationwide." (The New York Times: "The Unlikely Comeback of the 'Pill-Popping Dermatologist" by Judith Newman, July 23, 2016). See also **Psychiatric Annals** October 2015, Volume 45, Issue 10, guest editor, Norman S. Miller, MD, JD, PLLC. PLLC

Mr. Leathersich first sought my help in treating a depression that was resistant to medication by his primary care physician. About 6 years ago it became apparent that he suffered from Bipolar Disorder, with concomitant struggles with poor decision-making and high-risk behavior (evident from the most recent charges against him). Due to side effects we have had a difficult time finding a medication regiment that would work for him. Recently I referred him to The Mood Disorder Specialty Clinic at the University of Rochester for a second opinion.

Mr. Leathersich has always struggled to ask for help, having learned that to do so could be dangerous. Beginning at the age of 4, he suffered from severe beatings, and one time from his father holding a knife to his throat while screaming that he (the father) was going to kill him (his child). He has kept secret until now 4 serious suicidal attempts in the last year since his wife left him, and suicidal thoughts and behavior have been a lifelong struggle. Prison would exacerbate his hopelessness and helplessness, which lead to maladaptive behavior, and he would be at high risk for suicide behind bars.

Being raised in a fundamental Christian home, and sexually molested as a young child, Mr. Leathersich also has spent a lifetime in conflict with and guilt ridden by his sexual identity.

When Mr. Leathersich was addicted to Dilaudid, he was able to get himself off it without a rehabilitation program. However, hopefully he has now reached his worst state, and is ready to be completely honest with himself and others about his addictions and other difficulties. Society as a whole, as well as my patient, I believe, would benefit the most from the professional treatment program and psychotherapy that he is now receiving.

If you have any questions please do not hesitate to call me. The New York Times article is enclosed. If you wish, I would be happy to forward a copy of pertinent pages of Psychiatric Annals as well.

Sincerely


Margot Fass, MD



**Strong Behavioral Health Family Therapy Services**
300 Crittenden Blvd
Strong Memorial Hospital
Rochester NY 14642
Phone: 585-273-5050
Fax: 585-271-7706


September 30, 2016


Paul Guerrieri, Esq.
Law Office of Paul Guerrieri
1 East Main Street, 10th Floor
Rochester NY 14614

Dear Mr Guerrieri:

This letter is to confirm that Jeffrey Leathersich has been engaged in mental health care in Strong Mental Health and Wellness/Strong Family Therapy Services since April 13, 2016 and continuing to the present. He has attended these visits consistently, participating in 23 sessions of individual psychotherapy with this writer. Jeffrey has been compliant with treatment as well as our recommendations, all of which have focused on addressing symptoms of depression in the setting of family, social and work-related stressors that are significant. He is also being treated in our department's medication clinic by a Nurse Practitioner who has managed some of his psychiatric medications; others are prescribed by his primary care physician. Please refer any questions about Mr. Leathersich's medications to those providers prescribing medication. It is our recommendation that Mr. Leathersich continue with individual psychotherapy and medication management to address his ongoing symptoms.

Sincerely,

Beth D. Danehy, MA, MFTT